IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYSON JOIEL SUGGS,

    Petitioner,                                    No. CIV S-09-2591 GGH P

    vs.

THE PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.                                   ORDER

/

        Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1]  (No. CIV S-08-1845 CMK P).  Pursuant to Local Rule 81-190(d), the above-captioned action will be reassigned to the Magistrate Judge who considered the prior petition.

        The parties should be aware that reassigning this action under Local Rule 81-190(d) merely has the result that the action is assigned to the Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

/////

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is reassigned to Magistrate Judge Craig M. Kellison for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. CIV S-09-2591 CMK; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: September 28, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
sugg2591.190