IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSON JOIEL SUGGS,<br><br>    Petitioner,<br><br>  vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent.<br>_____/ | No. CIV S-09-2591-CMK-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Final judgment of dismissal was entered on November 5, 2009. Pending before the court is petitioner's filing (Doc. 25) in which he asks that the action be voluntarily dismissed. Because this action has already been dismissed and is closed, petitioner's filing is disregarded.

IT IS SO ORDERED.


DATED: October 22, 2010

　　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1